# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129289 & (25)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                                SC: 129289
                                                                 COA: 258676
                                                                 Wayne CC: 93-012011

DWAYNE EDWARD JONES,
          Defendant-Appellant.

_____/

        By order of January 27, 2006, the prosecuting attorney was directed to answer the application for leave to appeal the June 24, 2005 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

d1023

_____
Clerk